UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE: |
 |
 |
GLADYS N BEVERLY | Case No. 16-15647-RAG
 | Chapter 13
 |
 Debtor |

# MOTION TO AMEND ORDER CONFIRMING
# CHAPTER 13 PLAN

Comes now, Nancy L. Spencer Grigsby, Trustee herein, and moves this Honorable Court to amend the Order Modifying Chapter 13 Plan (Dkt. 52) in this case and for reasons states:

1. The Debtor filed Amended Chapter 13 Plan on December 7, 2016 ("Confirmed Plan").

2. The Confirmed Plan amended a prior plan, filed at Dkt. 46 that purported to be a 100% plan due to equity in the Debtor's Residence.

3. The Trustee subsequently determined that the plan need not pay all claims in full (100%) to meet the 11 U.S.C. § 1325(a)(4) chapter 7 liquidation test.

4. Counsel amended the plan to increase gross funding to meet the chapter 7 liquidation amount and deleted language in paragraph 2.f that required that all "claims would be "paid in full" but failed to delete similar language in paragraph 1.b., which stated that payments would be made for 60 months "or until paid in full."

5. Thereafter, the Trustee's office uploaded a confirmation order requiring payments for 60 months "or until all allowed claims are paid in full." See, Confirmation Order Dkt 52, at para 3.

6. The Confirmed Plan does not provide funding sufficient to pay all claims in full, nor is it legally required to do so.

7. Attached to this Motion is a proposed amended Confirmation Order that corrects the error and limits the plan funding term to the required 60-months only.

WHEREFORE, the Trustee prays:

1. That this Honorable Court issue an Order Amending the Order Confirming Chapter 13 Plan, and

2. For such other and further relief as to this Court may seem necessary and proper.

Date: February 10, 2017

Respectfully submitted,

Nancy Spencer Grigsby
Chapter 13 Trustee

By Counsel:
/s/ Mary Park McLean
Mary Park McLean
Federal Bar No. 25580
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Tel. 301-805-4700
E-mail: mmclean@ch13md.com
ngrigsby@ch13md.com

### NOTICE OF OPPORTUNITY TO REQUEST A HEARING TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD

You are notified of the filing of the foregoing Motion by the Trustee requesting that the Confirmation Order by amended to remove the mistaken requirement that payments continue until all allowed claims are paid in full.

You are further notified that unless a responsive pleading stating facts which controvert the Trustee's request is filed and a copy of said pleading is served upon the Trustee, on or before March 10, 2017, together with a request for a hearing thereon, this amended order may be entered by the Court without further notice.

### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the [insert name of document being served] will be served electronically by the Court's CM/ECF system on the following:

- **Gregory Christopher Mullen**   Gregory.mullen@bww-law.com, bankruptcy@bww-law.com,gregory.c.mullen@gmail.com
- **Kim D. Parker**   kp@kimparkerlaw.com, dcn@kimparkerlaw.com;ecf_notices@kimparkerlaw.com;lawclerk@kimparkerlaw.com

I hereby further certify that on February 10, 2017, a copy of the Motion to Amend Order was also mailed first class mail, postage prepaid to:

All parties on the Mailing Matrix provided below:

*HSBC Bank USA, National Association |BWW Law Group LLC|6003 Executive Blvd. Suite 101|Rockville, MD 20852-3813|||
*HSBC Bank USA, National Association as Trust|c/o BWW Law Group, LLC|6003 Executive Boulevard|Suite 101|Rockville, MD 20852-3813||
*Comptroller of Maryland |Revenue Administration Division|Annapolis, Md 21411-0001| |||
*Comptroller of the Treasury |Compliance Division, Room 409|301 W. Preston Street|Baltimore, MD 21201-2305| ||
*Credit One Bank Na |Po Box 98872|Las Vegas, NV 89193-8872| |||
*HSBC Bank USA, National Association as Trust|America's Servicing Company|Default Document Processing|N9286-01Y|1000 Blue Gentian Road|Eagan, MN 55121-7700 |
*INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred
*LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
*Law Offices of Kim Parker, PA |2123 Maryland Ave|Baltimore, MD 21218-5614| |||
*Mayor and City Council of Baltimore |200 N. Holiday Street|Baltimore, MD 21202-3618| |||
*Southwest Credit System |4120 International|Carrollton, TX 75007-1958| |||
*State of Maryland DLLR |Division of Unemployment Insurance|1100 N. Eutaw Street, Room 401|Baltimore, MD 21201-2225| ||
*Supervisor of Delin. Accts. |Rm. 1 Municipal Building|Holliday & Lexington Streets|Baltimore, MD 21202| ||
*Wells Fargo Home Mortgage |P.O. Box 10335|Des Moines, IA 50306-0335| |||
*Gladys N. Beverly |2725 Gwynns Falls Parkway|Baltimore, MD 21216-2922||||

                                                    **/s/Mary Park McLean**
                                                    Mary Park McLean