

ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:   Case No. 16-15647-RAG
GLADYS N. BEVERLY
    Debtor   Chapter 13

HSBC BANK USA, NATIONAL ASSOCIATION AS
TRUSTEE FOR CITIGROUP MORTGAGE LOAN
TRUST INC., ASSET BACKED PASS-THROUGH
CERTIFICATES SERIES 2004-RP1
    Movant
v.
GLADYS N. BEVERLY
    Debtor/Respondent
and
NANCY SPENCER GRIGSBY
    Trustee/Respondent

**AGREED ORDER MODIFYING STAY AS IT APPLIES TO REAL PROPERTY**

THIS CAUSE came on for consideration of the Motion of HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1 ("Movant") for relief from stay (the "Motion"), and the Response by Gladys N. Beverly ("Debtor"). The Court, noting the agreement between the Debtor and Movant as to the relief set forth herein, finds it appropriate to grant the relief requested. The

BWW#: MD-147343

Chapter 13 Trustee has not filed a response and consequently does not object to the relief requested.

THEREFORE, it is ORDERED that:

1. The Motion is hereby **GRANTED**.

2. The Automatic Stay of 11 U.S.C. § 362(a) (the "Stay") is hereby modified. Movant shall forbear from exercising any right to foreclosure pursuant to the Deed of Trust related to the real property located at 2725 Gwynns Falls Parkway, Baltimore, MD 21216 (the "**Property**") so long as the Debtor remain in compliance with the terms of this Order.

3. Beginning with the April 1, 2017, payment of $808.05, and continuing each month thereafter, pursuant to the Deed of Trust, Note, Loan Modification (if any), or other written agreements between the parties (the "**Loan Documents**"), the Debtor shall tender to Movant the regular monthly mortgage payments, as and when they come due and as adjusted for escrow/interest rate changes. Late fee may be assessed in the normal course and pursuant to the Loan Documents. The current address for payments is:

>  Wells Fargo Bank, NA
>  1 Home Campus
>  Mac X2302-04C
>  Dew Moines, IA 50328

4. Based upon the lack of equity in the Property, as asserted in the Motion, the parties agree that if the Debtor convert this case to a filing under another Chapter of Title 11 of the U.S. Code, the Stay is TERMINATED and Movant may immediately exercise all *in rem* rights provided by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain possession of said Property.

5. If the holder of any other Deed of Trust or lien on the Property obtains relief from the Automatic Stay, then the Movant's obligation to forbear from commencing or continuing a foreclosure proceeding shall immediately terminate without any further proceeding in this Court and the Stay is TERMINATED as to Movant.

6. In the event that payment required by this Order is not received by Movant when it is due, or some other action required hereunder is not timely completed, Movant shall file a Notice of Non-compliance (the "Notice") and send a copy to the Debtor via first-class mail. The

Notice will describe the nature of the default.

7. Upon the filing of the Notice, the Debtor must take one of the following actions within ten (10) days: i) cure the default or ii) file an objection with the Court stating no default exists.

8. If the Debtor does not take one of the actions within the prescribed time, set forth in the preceding paragraph, the Stay is TERMINATED. Thereafter, Movant may proceed with its *in rem* remedies permitted by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain possession of said Property.

9. The Movant may file a Certificate of Default stating that it has complied with the terms of this Order and may submit, together with the Certificate of Default, a draft order terminating the Stay.

10. If the Debtor default(s) pursuant to the terms of this Order on a third occasion, Movant may file a Certificate of Default advising that the Stay has TERMINATED. The Debtor shall not be entitled to cure the default pursuant to the terms of this Order. Thereafter, Movant may proceed with its *in rem* remedies permitted by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain possession of said Property.

11. Any cure of the Notice must include all amounts set forth therein, including attorneys' fees resulting from the Debtor' default, as well as any payments which have subsequently become due under the terms of this Order and that are due at the time Debtor tenders funds to cure the default. Acceptance of partial payment by the Movant during the cure period shall not constitute a satisfaction or waiver of the Notice.

13. This Order shall not be subject to the stay of order referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

AGREED:

| | |
|---|---|
| /s/ Leah C. Freedman | /s/ Kim D. Parker |
| Leah Freedman, Esq., MD FBN. 18950 | Kim D. Parker, Esq. |
| BWW Law Group, LLC | 2123 Maryland Avenue |
| 6003 Executive Blvd, Suite 101 | Baltimore, MD 21218 |
| Rockville, MD 20852 | kp@kimparkerlaw.com |
| P: 301-961-6555, F:301-961-6545 | *Counsel for Debtor* |
| bankruptcy@bww-law.com | |
| *Counsel for the Movant* | |

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the agreed order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original agreed order.

/s/ Leah C. Freedman
Leah Freedman, Esq.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Kim D. Parker
2123 Maryland Avenue
Baltimore, MD 21218

Gladys N. Beverly
2725 Gwynns Falls Parkway
Baltimore, MD 21216

**END OF ORDER**