## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND (Baltimore)

In Re:

Gladys N. Beverly

    Debtor

Case No. 16-15647
Chapter 13

Consumer Portfolio Services, Inc.

    Movant

v.

Gladys N. Beverly

    Respondent

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### as to one (1) 2015 Nissan Altima VIN 1N4AL3AP0FC156254
### AND REQUEST FOR WAIVER OF 14-DAY STAY

Consumer Portfolio Services, Inc. ("CPS"), by and through its undersigned attorney, moves for relief from the Automatic Stay imposed by 11 U.S.C. § 362 (a) as to its secured interest in one (1) 2015 Nissan Altima VIN 1N4AL3AP0FC156254 and Request for Waiver of the 14-Day Stay in support thereof states as follows:

1.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362 (a), and Federal Rules of Bankruptcy Procedure 4001 and 9014.

2.    In compliance of Local Rule 4001-1 (2), this request for a waiver of the 14-Day stay of Fed. R. Bank. P. 4001 (a) (3) is clearly and conspicuously stated in the title of this motion.

3.    On 04/26/2016, the Debtor filed her second Chapter 13 bankruptcy petition

(See ECF No. 1).

4.     After filing for bankruptcy, the Debtor executed and delivered to the Dealer a Retail Installment Sale Contract - Simple Finance Charge ("Contract") to finance the purchase of the Collateral, one (1) 2015 Nissan Altima VIN 1N4AL3AP0FC156254.  The Contract obligated the Buyer to remit 60 consecutive monthly payments in the amount of $433.58 each beginning 11/25/2017 (Exhibit No. 1).  To secure the repayment of the loan, the Buyer also granted/conveyed a security interest in the Collateral.

5.     Contemporaneously and for valuable consideration, CPS purchased the interest in the Contract and Collateral through an assignment.  Movant perfected its security interest in the Collateral by filing the required Notice of security Interest filing with the State of Maryland (See Exhibit No. 2).

6.     Having incurred the debt post-petition and with the account due for the 10/25/2019 payment, the loan at issue is three (3) months in post-petition arrears in the amount of $1,300.74 with a payoff amount of $12,431.35 (Exhibit No. 3).

7.     Movant asserts that there is no equity in the Collateral because it is worth less than what is owed (Exhibit No. 4, NADA Guide), and therefore terminating the stay is appropriate under 11 U.S.C. § 362 (d)(2).

8.     The Collateral is not necessary for an effective reorganization under the Bankruptcy Code.

9.     Under 11 U.S.C. § 362, the automatic stay shall remain in effect until the case is closed, dismissed or a discharge is issued, none of which has occurred in this case.

10.     By virtue of the above-cited circumstances, Movant has been and continues to

be irreparably injured by the stay of 11 U.S.C. § 362 (a), which prevents Movant from enforcing its rights under the Contract.

11.    In addition, cause exists to terminate, annul or modify the automatic stay to allow Movant to exercise its rights under the terms of the Contract.

WHEREFORE, Movant requests this Court to enter an Order terminating the automatic stay of 11 U.S.C. § 362 (a) to allow Movant to take possession of and to sell, lease or do otherwise to the Collateral, one (1) 2015 Nissan Altima VIN 1N4AL3AP0FC156254 as permitted by the Contract and applicable law, and waiving the 14-day stay of Fed. R. Bank. P. 4001 (a) (3), as well as granting any further relief deemed appropriate.


Date:  01/02/2020                     Respectfully submitted,

                                      /s/ Amy K. Kline
                                      Amy K. Kline, #08382
                                      The Creditors Firm
                                      35 Franklin Boulevard
                                      Reisterstown, MD 21136
                                      410.526.9551/fax 410.526.9554
                                      *akline@thecreditorsfirm.com*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of January 2020 a copy of the Motion for Relief from the Automatic Stay as to one (1) 2015 Nissan Altima VIN 1N4AL3AP0FC156254 and Request for Waiver of the 14-Day Stay was transmitted to the following CM/ECF registrants:

Kim D. Parker, Esquire
*kp@kimparkerlaw.com*

Rebecca A. Herr, Trustee
*ecf@ch13md.com*

And, served by mail, first class and postage prepaid, to:

Gladys N. Beverly
2725 Gwynns Falls Parkway
Baltimore, MD 21216

/s/ Amy K. Kline
Amy K. Kline